Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| Ellen Makarevich | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| Kardashian/Jenner family | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space above and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR A CIVIL CASE

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Ellen Makarevich |
| Street Address | 4 Justin Rd |
| City and County | Chelmsford |
| State and Zip Code | MA 01824 |
| Telephone Number | (978) 835-9457 |
| E-mail Address | Ellen.Makarevich@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Kardashian/Jenner family |
| Job or Title *(if known)* | |
| Street Address | C/o KHIKS, 11766 Wilshire Blvd. Suite 750 |
| City and County | Los Angeles |
| State and Zip Code | CA 90025 |
| Telephone Number | (310) 566-9800 |
| E-mail Address *(if known)* | sholley@khiks.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
**MGL c. 214, § 1B**, **MGL c. 272, § 99**, **MGL c. 265, § 43** /Reference to **MGL c. 209A, § 1**, **MGL c. 275, § 2**

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*  Ellen Makarevich                    , is a citizen of the State of *(name)*  Massachusetts              .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)*                    , is incorporated under the laws of the State of *(name)*                    , and has its principal place of business in the State of *(name)*                    .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)*  Kardashian/Jenner family          , is a citizen of the State of *(name)*  California              . Or is a citizen of *(foreign nation)*                    .

b. If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Total: $1,100,000.00 - The Plaintiff seeks compensation within the following estimated ranges: • Right of Privacy (MGL c. 214, § 1B): $25,000 – $150,000; • Interception of Wire and Oral Communications (MGL c. 272, § 99): $50,000–$250,000+; • Stalking (MGL c. 265, § 43): $50,000 – $250,000 /Reference to Abuse Prevention (MGL c. 209A, § 1): $10,000 to $200,000 +; • Threat to Commit a Crime (MGL c. 275, § 2): $50,000 – $250,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff has initiated legal proceedings against the Defendant, seeking restitution and compensation for emotional distress experienced during the period from July 1, 2024, to July 25, 2025. This matter is currently under review. The Plaintiff alleges the Defendant unlawfully eavesdropped on their private and professional matters, causing significant emotional harm, anxiety, and disruption to their life and work. The Plaintiff requests monetary relief and compensation for emotional trauma, as well as measures to prevent future intrusions.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief concerning the principle of "time is money" encompasses not only the direct financial losses resulting from unlawful practices but also the broader consequences on an individual's career and overall quality of life. Consequently, claims for relief should adequately reflect compensation for both the time lost and the financial implications that delays and disputes impose on the Plaintiff's overall livelihood.

• (MGL c. 214, § 1B): The Defendant could hear the Plaintiff's conversations and see their surroundings, causing emotional distress, humiliation, and anxiety.; • (MGL c. 272, § 99): The Plaintiff suffered emotional distress, humiliation, anxiety, and loss of reputation or dignity.; • (MGL c. 265, § 43): The Defendant's awareness of a black box enabled them to continue stalking the Plaintiff, causing psychological trauma, fear, and loss of peace. / Reference to (MGL c. 209A, § 1): The Defendant engaged in coercive control through an excessive telepathic connection, posing a threat to the Plaintiff's well-being and autonomy.; • (MGL c. 275, § 2): The Defendant created a hostage situation, resulting in ongoing anxiety and disruption to the Plaintiff's daily life.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:                 08/08/2025

Signature of Plaintiff           *Ellen Makarevich*

Printed Name of Plaintiff        Ellen Makarevich

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address