UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 1:25-cv-12234

**Ellen Makarevich,**

Plaintiff,

v.

**Kardashian/Jenner Family,**

Defendant.



## DECLARATION IN SUPPORT OF SERVICE ADDRESS

I, Ellen Makarevich, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my knowledge:

1. I am the plaintiff in the above-captioned matter.

2. This declaration is submitted in support of the address used for service of the summons and the certificate of service filed in this case.

3. The address used for service of process is:

    **Kardashian/Jenner family**

    **C/o KHIKS, 11766 Wilshire Blvd, Ste 750**

    **Los Angeles, CA 90025**

    **sholley@khiks.com**

4. This address was obtained through the following means:

    o   Public records search according to:

1. Tales From The Collection. (n.d.). Contact Kim Kardashian [Address, Email, Phone, DM, Fan Mail]. Tales From The Collection. 9/29/25, from https://talesfromthecollection.com/kim-kardashian

5. To the best of my knowledge, this address is valid and current for the defendant named in this action.

6. I believe that service at this address complies with the requirements of Rule 4 of the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30 day of September, 2025, in Chelmsford, MA.

**Signature:** *Ellen Makarevich*

**Name:** Ellen Makarevich

**Title/Role:** Pro se-Plaintiff

**Contact Information:** 978-835-9457 / Ellen.Makarevich@gmail.com

## More Ways to Contact Kim Kardashian



© 2010 Conaco

If you still need more email addresses, phone numbers, and mailing addresses in order to reach the *Ocean's Eight* actress, then look no further. You can reach out to Kardashian via her representatives.

| Legal Representative | Publicist | Manager |
|---|---|---|
| Kinsella Weitzman Iser Kump & Aldisert<br>808 Wilshire Blvd.<br>3rd Floor<br>Santa Monica, CA 90401<br>USA<br>310-566-9800 phone<br><br>Representatives:<br>Dale Kinsella<br>Shawn Holley | Full Picture<br>915 Broadway<br>20th Fl<br>New York, NY 10010<br>USA<br>+1 212 627 0001 phone<br>info@fullpic.com | Jenner Communications<br>info@krisjennercommunications.com<br><br>Representative:<br>Kris Kardashian |

## Business Information

Kim Kardashian is more than just a world-renowned influencer and pop culture icon. She is also a successful entrepreneur running two businesses: SKKN by Kim and SKIMS.

CERTIFICATE OF SERVICE

I hereby certify that on 9/30/25, I served a copy of the [Declaration in Support of Service Address (9.30.25)], upon [Kardashian/Jenner Family c/o KHIKS], by [U.S. mail, email], at the following address(es):

Kardashian/Jenner family

C/o KHIKS, 11766 Wilshire Blvd, Ste 750

Los Angeles, CA 90025

sholley@khiks.com

Signed under the penalties of perjury,

*Ellen Makarevich*

Printed Name: Ellen Makarevich

Title: Plaintiff

Date: 9/30/25