UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Case No. 1:25-cv-12543

Ellen Makarevich,

Plaintiff,

v.

Kardashian/Jenner Family,

Defendant.

PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION TO EXTEND TIME FOR SERVICE UNDER RULE 4(m)

Plaintiff respectfully submits this Response to the Court's Order to Show Cause regarding the timeliness of service under Federal Rule of Civil Procedure 4(m), and moves for an extension of time to complete service. As set forth below, Plaintiff has demonstrated good cause for the delay, and therefore the Court must extend the time for service for an appropriate period. Even if the Court were to find that good cause has not been shown, the circumstances warrant a discretionary extension in the interests of justice.

I. LEGAL STANDARD

Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served within 90 days after the complaint is filed, the court must either dismiss the action without prejudice or order that service be made within a specified time. However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Courts in the First Circuit also retain broad discretion to grant extensions even absent good cause where fairness and judicial efficiency favor doing so.

**1. Legal Basis for Treating the "Kardashian/Jenner Family" as a Single Entity:**

This position is substantiated by the following:

- A collective group of Defendants operating in unison.

- The application of common-law doctrine.

Legal precedent has long established that groups may function as a singular legal entity under the following circumstances:

- The presence of a formal structure.

- The ability to make decisions collectively.

- Accountability as a unified entity.

(Microsoft Copilot, January 23, 2026)

II. GOOD CAUSE EXISTS FOR THE DELAY IN SERVICE

**2. Establishing Cause for the Failure to Serve the Individual:**

Plaintiff has acted diligently and in good faith in attempting to effect service, but was unable to complete service within the 90-day period due to circumstances outside Plaintiff's control. Specifically:

- The plaintiff made **reasonable, diligent efforts** to serve
- External factors prevented service (injury)
  - The Plaintiff has been waiting for the black box to disappear, a distraction initiated by the Defendant's conduct. The matter was ongoing on Monday, 1/27/26, after 170 days from the original case, filed under 1:25-cv-12234 on 8/11/25.

- o The Defendant has the capability to observe the Plaintiff's surroundings and overhear the Plaintiff's conversations, establishing a one-sided telepathic or energetic connection focused exclusively on the Plaintiff. Notably, the Defendant does not engage in verbal communication. Additionally, inflammation occurred in the Plaintiff's body, neck, and legs when the assailants were nearby.
- o The Plaintiff has made significant efforts to protect the privacy of the Defendant. A comprehensive printout of the preferred address, as provided by the Defendant, has been submitted. Additionally, the Plaintiff has consolidated relevant evidence, with substantial support found in the article presented as Exhibit #4, which discusses work-life balance and was published on May 6, 2025.
- o Enclosed are printouts of the Defendant's address from the website, which are designated as Exhibits #10 and #11. These documents are dated September 29, 2025, and January 25, 2026. Please be informed that there is a minor update to the information provided, specifically as noted on pages 8-9 of Exhibit #11, in comparison to pages 3-4 of Exhibit #10.
    - Exhibits Explanation
        - Exhibit #10: The defendant's address as indicated on the website https://talesfromthecollection.com/kim-kardashian, accessed on September 29, 2025.
        - Exhibit #11: The defendant's address as indicated on the website https://talesfromthecollection.com/kim-kardashian, accessed on January 25, 2026.
- The plaintiff acted in **good faith**

- The delay was not due to neglect or lack of effort

[Insert any steps taken to locate or serve the defendant]

- The address of the agent is designated as the preferred correspondence address for the legal entity, commonly referred to as a juridical person, in relation to these matters.
- Dismissal now would only delay resolution and potentially require duplicative filings.
- The Plaintiff has had to initiate additional legal actions to safeguard the Plaintiff's rights, as the Defendant lacked the necessary resources to provide an adequate response.

These facts demonstrate that Plaintiff made reasonable efforts to comply with Rule 4 and that the delay was not the result of neglect, inattention, or lack of diligence. Courts routinely find good cause where a plaintiff has attempted service but was hindered by factors such as incorrect addresses, evasive defendants, process server delays, or other external obstacles.

Because Plaintiff has shown good cause, Rule 4(m) requires the Court to extend the time for service.

III. EVEN IF GOOD CAUSE IS NOT FOUND, A DISCRETIONARY EXTENSION IS WARRANTED

Even in the absence of good cause, courts in this Circuit frequently grant extensions where:

the defendant will not be prejudiced,

the plaintiff has made some effort to comply, and

dismissal would result in unnecessary delay or refiling.

Those considerations apply here. Defendant has suffered no prejudice from the brief delay, and dismissal would only require Plaintiff to refile the complaint, burdening both the Court and the parties with duplicative proceedings.

A short extension will promote judicial efficiency and ensure that the case proceeds on its merits.

## IV. REQUEST FOR RELIEF

For the foregoing reasons, Plaintiff respectfully requests that the Court:

Find that good cause exists under Rule 4(m);

Extend the time for service for an appropriate period determined by the Court; and

Grant such other relief as the Court deems just and proper.

Plaintiff stands ready to complete service promptly upon the Court's order.

Respectfully submitted, *Ellen Makarevich*

Ellen Makarevich, Plaintiff, Pro se

4 Justin Rd, Chelmsford, MA 01824, 978-835-9457

Ellen.Makarevich@gmail.com

1/27/26