FILED
IN CLERK'S OFFICE

2026 FEB 26  PM 1: 37

U.S. DISTRICT COURT
DISTRICT OF MASS.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**Case No. 1:25-cv-12234**

**Ellen Makarevich**, Plaintiff,

v.

**Kardashian/Jenner Family**, Defendant.

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND NOTICE OF DEFENDANT'S CONTINUED UNLAWFUL CONDUCT**

Plaintiff **Ellen Makarevich** respectfully moves this Court, pursuant to Federal Rules of Civil Procedure **59(e)** and **60(b)**, to reconsider and vacate its prior judgment and to reopen this matter. Although the case has been terminated, reconsideration is warranted because (1) material facts were unavailable or not considered at the time judgment entered, and (2) Defendant has continued to engage in the same unlawful conduct that formed the basis of this action, demonstrating that the controversy remains active and that the Court's prior ruling was made under incomplete factual circumstances.

## I. INTRODUCTION

The Court entered judgment based in part on the understanding that Defendant had ceased the conduct alleged in the Complaint. Since that time, Plaintiff has obtained new evidence showing that Defendant has continued the same unlawful behavior. This ongoing conduct contradicts the assumptions underlying the Court's ruling and satisfies the standards for relief under Rules 59(e) and 60(b).

## II. LEGAL BASIS FOR RECONSIDERATION

### A. Rule 59(e)

Reconsideration is appropriate where the Court overlooked material facts or where reconsideration is necessary to prevent manifest injustice.

**B. Rule 60(b)**

Relief from judgment is warranted where:

- new evidence has emerged that could not previously have been presented,

- the judgment was based on incomplete or inaccurate factual assumptions, or

- prospective application of the judgment is no longer equitable.

Defendant's continued unlawful conduct meets these criteria.

## III. DEFENDANT'S CONTINUED UNLAWFUL CONDUCT

Since termination of this case, Plaintiff has documented multiple instances of Defendant continuing the same conduct at issue, including:

- **[Describe specific incidents, dates, and actions]** The Plaintiff has encountered significant challenges in managing employment laws and overall well-being due to the inability to separate from the Defendant. The matter was formally resolved on February 26, 2026, before 12:00 PM Eastern Standard Time.

- **[Explain how these actions violate applicable law or obligations]** The conduct violates applicable law, such as the Right of Privacy (MGL c. 214, § 1B), which provides for the possibility to award damages and the recovery of legal fees. The Defendant was able to overhear the Plaintiff speaking and observe the Plaintiff's environment.

- **[Reference exhibits or evidence]** The Plaintiff has received correspondence, dated February 10, 2026, from an entity of the Defendant that is not pertinent to the specified timeframe. The Plaintiff is prepared to provide an exhibit upon request if needed.

This conduct is ongoing, deliberate, and materially identical to the behavior previously litigated.

## IV. IMPACT ON PLAINTIFF AND THE COURT'S PRIOR RULING

The Court's judgment relied on the assumption that the challenged conduct had ceased. The new evidence shows:

- The conduct did not cease,

- Plaintiff continues to suffer harm, and

- Defendant remains in violation of **[cite statute, contract, or duty]** of applicable law, such as the Right of Privacy (MGL c. 214, § 1B), Interception of Wire and Oral Communications (MGL c. 272, § 99), Stalking (MGL c. 265, § 43), Abuse Prevention and Protection from Harassment, including issues of Coercive Control (MGL c. 209A, § 1), and Threat to Commit a Crime (MGL c. 275, § 2).

Because these facts go to the core of the Court's reasoning, relief under Rule 59(e) or 60(b) is necessary.

## V. REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

1. **Grant reconsideration under Rule 59(e)** or relief under **Rule 60(b),**

2. **Vacate the prior judgment,**

3. **Reopen the case for further proceedings,**

4. **Permit Plaintiff to submit supplemental evidence,** and

5. **Grant any additional relief the Court deems just and proper.**

## VI. CONCLUSION

Defendant's continued unlawful conduct demonstrates that the controversy remains active and that the Court's prior judgment was based on incomplete factual information. Plaintiff respectfully requests that the Court reconsider its ruling and reopen this matter.

Respectfully submitted,

*Ellen Makarevich*

**Ellen Makarevich**

**4 Justin Rd, Chelmsford, MA 01824**

**Ellen.Makarevich@gmail.com / 978-835-9457**

**Date: 2/26/26**

CERTIFICATE OF SERVICE

I hereby certify that on 2/26/26, I served a copy of the [Plaintiff's Motion for Reconsideration and Notice of Defendant's Continued Unlawful Conduct (2.26.26)], upon [Kardashian/Jenner Family c/o KHIKS], by [U.S. mail, email], at the following address(es):

Kardashian/Jenner family

C/o KHIKS, 11766 Wilshire Blvd, Ste 750

Los Angeles, CA 90025

sholley@khiks.com

Signed under the penalties of perjury,

*Ellen Makarevich*

Printed Name: Ellen Makarevich

Title: Plaintiff

Date: 2/26/26